IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

    Plaintiff,                               No. CIV S-11-1213 KJM-CKD

    vs.

CEDRIC MARVELL WASHINGTON, dba     ORDER
Ced's Sports Bar & Grill,

    Defendant.

_____/

        The clerk entered default as to defendant on August 23, 2011 at plaintiff's request. (ECF 9.) On September 27, 2011, plaintiff filed an ex parte application for an order vacating the pending status (pretrial scheduling) conference (ECF 10), which the court granted on September 29, 2011 (ECF 11). This matter has remained stagnant since; plaintiff has not filed a motion for default judgment and defendant has not appeared. Accordingly, plaintiff is hereby ordered to show cause, within seven (7) days of the issuance of this order, why this matter should not be dismissed with prejudice for failure to prosecute. Local Rule 110; *Chambers v. NASCO, Inc.*, 501 U.S. 32, 49 (1991) ("[A] federal district court has the inherent power to dismiss a case *sua sponte* for failure to prosecute . . . .").

        IT IS SO ORDERED.

DATED: August 29, 2012.

                                                 UNITED STATES DISTRICT JUDGE

1