1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No.  2:11-cv-1213 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| CEDRIC WASHINGTON, | |
| Defendant. | |

In this action, plaintiff has moved for default judgment twice.  Each time the motion was denied because plaintiff had not established that defendant was properly served with summons. Plaintiff has now made a third request for entry of default against defendant.  In connection with the request, plaintiff has submitted the same evidence submitted in connection with the prior motion for default judgment, comprising a 25 page comprehensive report of a background check of a person named Cedric Marvell Washington, Sr. and the declaration of Stefanie Martinez in which she explains defendant was served at a residential address rather than a business address because at the time of service the subject establishment's liquor license had been revoked.  ECF Nos. 32-4, 35-2.  A careful review of the submitted materials demonstrates no connection between the named defendant, Cedric Marvell Washington, who was doing business as "Ced's Sports Bar & Grill," located at 6590 Stockton Blvd., Sacramento, CA  95823 (see ECF No. 1 and the Cedric Marvell Washington, Sr. whose background information has been provided to the

1

court. None of the properties listed in the report are located at the Stockton Boulevard address. See ECF No. 32-3 at p.4 (liquor license for Ced's located at 6590 Stockton Blvd.) The possible employers identified in the report do not include Ced's and none of the employers have an address in Sacramento. The corporate affiliations listed in the report include Big Sexy Entertainment, Inc., Genesis Real Estate Company, and Residential & Commercial Investment Funding, Inc., but do not include Ced's. There are no property assessments listed for the Stockton Boulevard address. The declaration of Stefanie Martinez sheds little illumination on why the submitted background report is supposed to establish that the correct person has been served with summons. If anything, it appears that the person known as Cedric Marvell Washington, Sr., who was served with summons in this action, has nothing to do with Ced's.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for entry of default (ECF No. 35) is denied.

Dated: July 18, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 joehand-washington.tdgi

2